# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GREG M. ARTZ,

             Petitioner,     :     Case No. 3:17-cv-231

   - vs -                             District Judge Thomas M. Rose
                                   Magistrate Judge Michael R. Merz

NEIL TURNER, Warden,
  North Central Correctional Institution,

                                :

             Respondent.

## RECOMMITAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 13) to the Magistrate Judge's Report and Recommendations (ECF No. 12).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

October 18, 2017                                                                        \*s/Thomas M. Rose

                                                                                    _____
                                                                                       Thomas M. Rose
                                                                         United States District Judge